STATE OF CONNECTICUT *v.* MARVIN SYMS
(13234)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued April 26—decision released May 17, 1994

*Suzanne Zitser,* assistant public defender, with whom, on the brief, was *G. Douglas Nash,* public defender, for the appellant (defendant).

*Marjorie Allen Dauster,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Edward R. Narus,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.[1]

---

[1] Pursuant to Practice Book § 4023, the Supreme Court transferred this appeal to this court.